

# Fourth Court of Appeals
## San Antonio, Texas

June 24, 2016

No. 04-15-00808-CV

**IN THE INTEREST OF S.L.S., S.S., S.L.S., CHILDREN,**

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2012-CVL-000402-D4
Honorable Oscar J. Hale, Jr., Judge Presiding

## O R D E R

Sitting:      Sandee Bryan Marion, Chief Justice
Karen Angelini, Justice
Marialyn Barnard, Justice
Rebeca C. Martinez, Justice
Patricia O. Alvarez, Justice "Not Participating"
Luz Elena D. Chapa, Justice
Jason Pulliam, Justice

The court has considered the Appellant's Motion for Rehearing En Banc, and the Motion is DENIED.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of June, 2016.

_____
Keith E. Hottle
Clerk of Court